UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

FREDDY ONETO,

     Plaintiff,

v.

SAFE CHAIN SOLUTIONS, LLC,

     Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, SAFE CHAIN SOLUTIONS LLC. pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, hereby removes this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. In support of removal, Defendant states as follows:

     1.     Plaintiff, Freddy Oneto, commenced this action on or about April 8, 2019, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County Florida, Case No. 2019-10708-CA-01 (hereinafter referred to as the "Circuit Court Action").

     2.     The Complaint raises two claims against Defendant, SAFE CHAIN SOLUTIONS LLC:  gender discrimination under the Florida Civil Rights Act ("FCRA") (Count I) and discrimination in compensation under the Equal Pay Act of 1963 ("EPA") (Count II).

     3.     Defendant, SAFE CHAIN SOLUTIONS LLC, was served on May 1, 2019 with the Summons and Complaint in the Circuit Court Action.

4.      This Notice of Removal has been timely filed within thirty (30) days after such service of process on Defendant as required by 28 U.S.C. § 1446(b).

5.      The Complaint was originally filed in Miami-Dade County.  Thus, upon removal, venue properly lies in the United States District Court for the Southern District of Florida, Miami Division.

6.      No further proceedings have occurred in this action, and the Civil Cover Sheet, Complaint, Summonses, and the Return of Service constitute the only process, pleadings or papers served in this action. Copies of these documents along with a copy of the docket sheet are attached hereto as Composite Exhibit A pursuant to 28 U.S.C. § 1446(a).

7.      Removal pursuant to 28 U.S.C. §§ 1441 and 1446 is proper in this case. Plaintiff's Complaint asserts a claim of discrimination under a federal statute, the EPA, 29 U.S.C. § 206, thereby conferring upon this Court original jurisdiction pursuant to 28 U.S.C. § 1331.

8.      The remaining claim in the complaint also alleges discrimination while Plaintiff was employed by Defendant. This claim can be considered by this Court pursuant to its supplemental jurisdiction under 28 U.S.C. § 1367. Federal court jurisdiction is proper over these claims because these claims are "so related to claims in the action within [this Court's] original jurisdiction that they form part of the same case or controversy." 28 U.S.C. § 1367(a); *see also Scheirich v. Town of Hillsboro Beach*, Case No. 07-61630-CIV, 2008 U.S. Dist. LEXIS 4090, *6 (S.D. Fla. Jan. 18, 2008) (exercising original jurisdiction over Title VII retaliation claim and supplemental jurisdiction over whistleblower retaliation claim). Accordingly, this Court has supplemental jurisdiction over Plaintiff's claims for gender discrimination under the FCRA pursuant to 28 U.S.C. § 1367(a) and removal of all claims therefore is proper.  Further, Plaintiff's

state law claims do not involve novel or complex state law issues, and the state law claims do not substantially predominate over the federal law claims.  *See* 28 U.S.C. § 1367(c).

9. Upon the filing of this Notice of Removal, Defendant will give written notice thereof to attorneys for Plaintiff, and a copy of this Notice will be promptly filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, as required under 28 U.S.C. § 1446(d). See Exhibit B.

10. The filing of this Notice of Removal does not constitute a waiver of any defenses which may be available to Defendant.

WHEREFORE, Defendant, SAFE CHAIN SOLUTIONS LLC, respectfully requests that the Court take jurisdiction of this action and grant such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted this 21st day of May, 2019.

/s/ Elizabeth M. Rodriguez
Elizabeth M. Rodriguez
Florida Bar No. 821690
Ford & Harrison, LLP
One S.E. 3rd Avenue, Suite 2130
Miami, Florida 33131
Telephone: (305) 808-2143
Facsimile: (305) 808-2101
erodriguez@fordharrison.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Elizabeth M. Rodriguez

## SERVICE LIST

Rainier Regueiro, Esq.
REMER & GEORGES-PIERRE, PLLC
Comeau Building
319 Clematis Street, Suite 606
West Palm Beach, FL 33401
Telephone: 561-225-1970
Facsimile:  305-416-5005
 (via CM/ECF)

WSACTIVELLP:10544816.1

4

lerk's Home (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)



# Miami-Dade County Civil, Family and Probate Courts Online System

**◀◀ Back to Search**

**Not all search results will be displayed on-line. For example, the following case types (Sealed, Juvenile, Adoption and Mental Health Cases) may or may not be in existence and may or may not be viewable by the public pursuant to Florida Supreme Court Mandate and the corresponding** Access Security Matrix. (https://www.floridasupremecourt.org/content/download/241418/2133339/AOSC18-16.pdf)

## FREDDY ONETO VS SAFE CHAIN SOLUTIONS, LLC

**Local Case Number:** 2019-010708-CA-01

**Filing Date:** 04/08/2019

**State Case Number:** 132019CA010708000001

**Case Type:** Discrimination - Employment or Other

**Consolidated Case No.:** N/A

**Judicial Section:** CA06

**Case Status:** OPEN

---

**👥 Parties**                                               **Number of Parties: 2** ➕

**EXHIBIT "A"**

5/21/2019



## ✦ Hearing Details

Number of Hearing: 0 ➕

## ⋙ Dockets

Dockets Retrieved: 8 ➖

⟮➜ Export to ▾⟯

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 7 | 05/06/2019 | | Service Returned | Event | |
| | | 04/23/2019 | | 20 Day Summons Issued | Service | |
| 📄 | 6 | 04/23/2019 | | ESummons 20 Day Issued | Event | *Parties: Safe Chain Solutions LLC* |
| | 5 | 04/19/2019 | | Receipt: | Event | **RECEIPT#:3490010 AMT PAID:$10.00 NAME:REGUEIRO, RANIER 44 W FLAGLER ST STE 2200 MIAMI FL 33130-6807 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH TENDER AMT:$10.00 RE** |
| 📄 | 4 | 04/16/2019 | | (M) 20 Day (C) Summons (Sub) Received | Event | |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | 3 | 04/12/2019 | | Receipt: | Event | RECEIPT#:3430116 AMT PAID:$401.00 NAME:REGUEIRO, RANIER 44 W FLAGLER ST STE 2200 MIAMI FL 33130-6807 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT:$401.00 |
| 📄 | 2 | 04/08/2019 | | Complaint | Event | |
| 📄 | 1 | 04/08/2019 | | Civil Cover | Event | |

⏮ Back to Search

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers/). To review the complete Miami-Dade County Disclaimer, follow this link: http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

Email (https://miamidadecounty.co1.qualtrics.com/SE/?SID=SV_bDvccbiqJBvQ2LH)

| Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx)

Clerk's Home (http://www.miami-dadeclerk.com/home.asp)

| Privacy Statement (https://www8.miamidade.gov/global/disclaimer/privacy-and-security.page)

| Disclaimer (https://www8.miamidade.gov/global/disclaimer/disclaimer.page)   (http://www.miamidade.gov)

| Contact Us (http://www.miami-dadeclerk.com/contact.asp)

| About Us (http://www.miami-dadeclerk.com/about.asp)

2015 Clerk of the Courts. All Rights reserved.

MIAMI-DADE COUNTY

Filing # 87653752 E-Filed 04/08/2019 05:39:17 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

**I.     CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>  COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Freddy Oneto</u>
Plaintiff
         vs.
<u>Safe Chain Solutions, LLC</u>
Defendant

---

**II.     TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☒ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.    **REMEDIES SOUGHT** (check all that apply):
        ☒   Monetary;
        ☐   Non-monetary declaratory or injunctive relief;
        ☐   Punitive

IV.    **NUMBER OF CAUSES OF ACTION: (    )**
       (Specify)

      <u>2</u>

V.    **IS THIS CASE A CLASS ACTION LAWSUIT?**
        ☐   Yes
        ☒   No

VI.    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
        ☒   No
        ☐   Yes – If "yes" list all related cases by name, case number and court:

VII.    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
        ☒   Yes
        ☐   No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Rainier Regueiro</u>     FL Bar No.: <u>115578</u>
     Attorney or party                          (Bar number, if attorney)

<u>Rainier Regueiro</u>    <u>04/08/2019</u>
     (Type or print name)                    Date

Filing # 87653752 E-Filed 04/08/2019 05:39:17 PM

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT IN AND FOR
MIAMI COUNTY, FLORIDA

FREDDY ONETO,

      Plaintiff,

vs.                              Case No.

SAFE CHAIN SOLUTIONS, LLC

      Defendant.

_____/

## **COMPLAINT**

    Plaintiff, FREDDY ONETO ("Plaintiff"), by and through the undersigned counsel, hereby sues Defendant, SAFE CHAIN SOLUTIONS ("Defendant"), and alleges as follows:

    1.  This is an action for damages pursuant to Florida Civil Rights Act of 1992, Florida Statutes, Chapter §760, *et seq.* ("FCRA"), and Equal Protection Act of 1963, 29 U.S.C. §206, *et seq.* ("EPA"), to redress injuries resulting from Defendant's unlawful gender- based discriminatory treatment of and retaliation against Plaintiff.

    2.  At all times material hereto, Plaintiff was a resident of Miami County, Florida.

    3.  Defendant is authorized to conduct business in the State of Florida, and has its principal place of business in the state of Florida within the jurisdiction of this Honorable Court.

    4.  Venue is proper because all of the actions that form the basis of this Complaint occurred within this district.

    5.  All conditions precedent for the filing of this action before this Court have been previously met, including the exhaustion of all pertinent administrative procedures and remedies.

## **FACTUAL ALLEGATIONS COMMON TO ALL COUNTS**

    6.  Plaintiff is a Peruvian male.

7. Plaintiff began working for Defendant on or about May 01, 2017.

8. At all times relevant, Plaintiff was employed as a National Sales Executive.

9. At all times relevant, Plaintiff was an exceptional employee, his work was always exemplary, and with no disciplinary record.

10. On or about June 26, 2018, on a regular work day, the FIFA Soccer World Cup game was occurring and as such, it was the subject of conversation for many people, including for Plaintiff and his co-workers.

11. Often times, FIFA has two or more games occurring, and being televised simultaneously.

12. On June 26, 2018, the Denmark v. France and Peru v. Australia games were being televised. When Plaintiff and Patrick Kerrick returned from breakfast, the Denmark v. France was on. Being Peruvian, Plaintiff was interested in the Peru v. Australia game, so he changed the channel to that game.

13. Immediately after changing the channel, co-worker Ritu Duffy said to Plaintiff, "We're not going to watch the Denmark v. France game"? Plaintiff replied, "Ritu, if you were from Peru, wouldn't you would to want to watch them play." Immediately, she responded, "Fuck you!," quickly arose from her seat, and approached Plaintiff in an aggressive manner.

14. Although Paul Rosell, Vice President of the company, began to resolve the matter, Ritu was telling everyone, including Mr. Rosell, that Plaintiff had threatened her.

15. Ritu has a manipulative personality in order to get her way and Mr. Rosell was aware of this.

16. Mr. Rosell advised Plaintiff that if he wrote Rita an apology letter, he would move him to another office in a different location, and that this should settle the matter. To move forward, Plaintiff agreed and spoke with his new supervisor, Jason Montero, to get acquainted.

17. The following day, on or about June 27, 2018, Mr. Rosell called Plaintiff and said, "We're going to have to let you go because it's a woman thing. It's sensitive . . . and it's a liability."

18. In addition, at all times relevant, Rita and Plaintiff held the same position and had the same duties and responsibilities; however, Rita was paid a 40% commission rate; whereas, Plaintiff was paid only a 12% commission rate.

19. Because of Mr. Rosell's actions against Plaintiff and because of the disparate rate of pay he received, SAFE CHAIN SOLUTIONS unlawfully discriminated against Plaintiff because of his gender.

## COUNT I
### *Gender Discrimination in Violation of the FCRA*

20. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1-19 above as if set out in full herein.

21. Plaintiff is a member of a protected class under the FCRA.

22. By the conduct describe above, Defendants have engaged in discrimination against Plaintiff because of Plaintiff's gender and subjected the Plaintiff to gender-based animosity.

23. Such discrimination was based upon the Plaintiff's gender in that Plaintiff would not have been the object of discrimination but for the fact that Plaintiff is male.

24. Defendants' conduct complained of herein was willful and in disregard of Plaintiff's protected rights.  Defendants and their supervisory personnel were aware that discrimination on the basis of gender was unlawful but acted in reckless disregard of the law.

25. At all times material hereto, the employees exhibiting discriminatory conduct towards Plaintiff possessed the authority to affect the terms, conditions, and privileges of Plaintiff's employment with the Defendants.

26. Defendants retained all employees who exhibited discriminatory conduct toward the Plaintiff and did so despite the knowledge of said employees engaging in discriminatory actions.

27. As a result of Defendants' actions, as alleged herein, Plaintiff has been deprived of rights, has been exposed to ridicule and embarrassment, and has suffered emotional distress and damage.

28. The conduct of Defendants, by and through the conduct of its agents, employees, and/or representatives, and the Defendant's failure to make prompt remedial action to prevent continued discrimination against the Plaintiff, deprived the Plaintiff of statutory rights under federal law.

29. The actions of the Defendants and/or its agents were willful, wanton, and intentional, and with malice or reckless indifference to the Plaintiff's statutorily protected rights, thus entitling Plaintiff to damages in the form of compensatory and punitive damages pursuant to state and federal law, to punish the Defendants for their actions and to deter them, and others, from such action in the future.

30. Plaintiff has suffered and will continue to suffer both irreparable injury and compensable damages as a result of Defendants' discriminatory practices unless and until this Honorable Court grants relief.

**WHEREFORE**, Plaintiffs respectfully prays for the following relief against Defendants:

    a.  Adjudge and decree that Defendants have violated the FCRA, and have done so willfully, intentionally, and with reckless disregard for Plaintiff's rights;

    b.  Enter a judgment requiring that Defendants pay Plaintiff appropriate back pay, benefits' adjustment, and prejudgment interest at amounts to be proved at trial for the unlawful employment practices described herein;

    c.  Enter an award against Defendants and award Plaintiff compensatory damages for mental anguish, personal suffering, and loss of enjoyment of life;

d. Require Defendants to reinstate Plaintiff to the position at the rate of pay and with the full benefits Plaintiff would have had Plaintiff not been discriminated against by Defendants, or in lieu of reinstatement, award front pay;

e. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

f. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

<u>**COUNT II**</u>
*Discrimination in Compensation Equal Pay Act*

31. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 19 of this complaint as if set out in full herein.

32. Plaintiff belongs to a protected class; he is male.

33. Plaintiff's job functions as Manager with Defendant were and are of equal skill, effort, and responsibility as the job functions of Defendant's male Managers, and they were performed under the same or similar working conditions.

34. During all relevant periods, Plaintiff received wages lower than most if not all, of Defendant's male Managers' wages while performing the same or substantially more work than her male coworkers.

35. Plaintiff was qualified for and entitled to wages equal to or higher than her male coworkers' wages performing the same or substantially more work than her male coworkers.

36. Defendant violated the EPA and Plaintiff is entitled to damages and equitable relief.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

a. Adjudge and decree that Defendant has violated the EPA and has done so willfully, intentionally and with reckless disregard for Plaintiff rights;

b. Award Plaintiff actual damages in the amou nt shown to be due, with interest; and

c. Award Plaintiff an equal amount in double damages/liquidated damages; and

d. Award Plaintiff the costs of this action, together with reasonable attorneys' fees; and

e. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated: _April 8, 2018_____

Respectfully submitted,

/s/ Rainier Regueiro_____
Rainier Regueiro, Esq.
Florida Bar Number: 115578
**REMER & GEORGES-PIERRE, PLLC**
COMEAU BUILDING
319 Clematis Street, Suite 606
West Palm Beach, FL 33401
Telephone: (561) 225-1970
Facsimile: (305) 416-5005

Filing # 88027652 E-Filed 04/16/2019 10:22:22 AM

**IN THE CIRCUIT COURT OF THE**
**11TH JUDICIAL CIRCUIT IN AND**
**FOR MIAMI COUNTY, FLORIDA**

**FREDDY ONETO,**

     **Plaintiff,**

**vs.**                              **Case No.**

**SAFE CHAIN SOLUTIONS, LLC**

     **Defendant.**

_____/

**SUMMONS IN A CIVIL CASE**

**TO:** SAFE CHAIN SOLUTIONS, LLC by and through its registered agent:

            REGISTERED AGENTS INC
            7901 4TH STREET NORTH
            SUITE 300
            ST. PETERSBURG, FL 33702

**YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's Attorney**

            RAINIER REGUEIRO, ESQ
            REMER & GEORGES-PIERRE, PLLC
            319 CLEMATIS ST., SUITE 606
            WEST PALM BEACH, FLORIDA 33401

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____     _____
CLERK                             DATE

(BY) DEPUTY CLERK

Filing # 88027652 E-Filed 04/16/2019 10:22:22 AM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI COUNTY, FLORIDA

**FREDDY ONETO,**

    **Plaintiff,**

vs.                              **Case No.**

**SAFE CHAIN SOLUTIONS, LLC**

    **Defendant.**

_____/

**SUMMONS IN A CIVIL CASE**

**TO:** SAFE CHAIN SOLUTIONS, LLC by and through its registered agent:

        REGISTERED AGENTS INC
        7901 4TH STREET NORTH
        SUITE 300
        ST. PETERSBURG, FL 33702

**YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's Attorney**

        RAINIER REGUEIRO, ESQ
        REMER & GEORGES-PIERRE, PLLC
        319 CLEMATIS ST., SUITE 606
        WEST PALM BEACH, FLORIDA 33401

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

_____ 307987               4/23/2019
CLERK                                  _____
                                           DATE

(BY) DEPUTY CLERK

    Harvey Ruvin,
    Clerk of Courts

Filing # 89024105 E-Filed 05/06/2019 11:51:38 AM

## **RETURN OF SERVICE**

| | | |
|---|---|---|
| **State of Florida** | **County of DADE** | **Circuit Court** |

Case Number: 2019-10708-CA-01

Plaintiff:
**FREDDY ONETO**

vs.

Defendant:
**SAFE CHAIN SOLUTIONS,LLC**

For:
Rainier Regueiro, Esq
REMER & GEORGES-PIERRE, PLLC
44 West Flagler St
Suite 2200
Miami, FL 33130

Received by OJF SERVICES INC on the 30th day of April, 2019 at 3:55 pm to be served on **SAFE CHAIN SOLUTIONS,LLC REG. AGENT REGISTERED AGENTS INC, 7901 4TH ST N, STE 300, ST PETERSBURG, FL 33702.**

I, MICHELE CARPINTIER, do hereby affirm that on the **1st day of May, 2019** at **10:55 am, I:**

**CORPORATE:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **NATALIA CADE** as **CUSTOMER SERVICE REP** at the address of: **7901 4TH ST N, STE 300, ST PETERSBURG, FL 33702**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.

MICHELE CARPINTIER
26478

**OJF SERVICES INC**
**13727 S W 152nd St**
**Pmb #354**
**Miami, FL 33177**
**(954) 929-4215**

Our Job Serial Number: OJF-2019007015

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

Filing # 88027652 E-Filed 04/16/2019 10:22:22 AM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI COUNTY, FLORIDA

FREDDY ONETO,

    Plaintiff,

vs.                  Case No. 2019 - 10708 - CA-01

SAFE CHAIN SOLUTIONS, LLC

    Defendant.

5/1/19    10:55AM
M.C  2.6478

_____/

**SUMMONS IN A CIVIL CASE**

TO:  SAFE CHAIN SOLUTIONS, LLC by and through its registered agent:

        REGISTERED AGENTS INC
        7901 4TH STREET NORTH
        SUITE 300
        ST. PETERSBURG, FL 33702

**YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's Attorney**

        RAINIER REGUEIRO, ESQ
        REMER & GEORGES-PIERRE, PLLC
        319 CLEMATIS ST., SUITE 606
        WEST PALM BEACH, FLORIDA 33401

an answer to the complaint which is herewith served upon you, within **20 days** after service of
this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint.  You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

_____ 307            4/23/2019
CLERK                     DATE

(BY) DEPUTY CLERK

Harvey Ruvin,
Clerk of Courts

7015

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 2019-010708CA01

FREDDY ONETO,

     Plaintiff,

v.

SAFE CHAIN SOLUTIONS, LLC,

     Defendant.

_____/

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

     PLEASE TAKE NOTICE THAT Defendant, SAFE CHAIN SOLUTIONS, LLC, has filed

a Notice of Removal of Case No. 20198-010708-CA-01 pending before this Court, in the office of

the Clerk of the United States District Court for the Southern District of Florida, a copy of which

is attached as Exhibit A, removing this Case to federal court.

     PLEASE FURTHER TAKE NOTICE that pursuant to 28 U.S.C. § 1446(d), this Court may

not proceed further with this case because the removal to federal court was effective upon the filing

of the Notice of Removal together with this Notice. This Court must close this Case.

     Respectfully submitted this 21st day of May, 2019.

By: /s/ Elizabeth M. Rodriguez
     Elizabeth M. Rodriguez
     Florida Bar No. 821690
     erodriguez@fordharrison.com
     FordHarrison
     One S.E. 3rd Avenue, Suite 2130
     Miami, Florida 33131
     Telephone: (305) 808-2143
     Facsimile: (305) 808-2101
     Attorney for Defendant

**EXHIBIT "B"**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded

to all counsel of record via electronic mail on this 21st day of May, 2019.

/s/Elizabeth M. Rodriguez

## SERVICE LIST

Rainier Regueiro, Esq.
Remer & Georges-Pierre, PLLC
Comeau Building
319 Clematis Street, Suite 606
West Palm Beach, FL 33401
Telephone: 561-225-1970
Facsimile: 305-416-5005
Email: rregueiro@rgpattorneys.com